IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS F. ALARCON,

      Plaintiff,

vs.                                No. CIV 14-0065 JB/WPL

MS. SHERRY STEPHENS OF
ADULT PAROLE BOARD AND
P.N.M. ADMINISTRATION,
MR. GREGG MARCANTEL (SEC. OF
CORRECTIONS),

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** having come before the Court under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 22, 2014 (Doc. 1), the Complaint: Civil Action, filed February 11, 2014 (Doc. 6), and the Continuance of: Amended Complaint of Negligence, filed March 4, 2014 (Doc. 15)(together the "Complaint"); and the Court having entered an order dismissing the Complaint,

      **IT IS ORDERED** that judgment is hereby entered in favor of the Defendants, and this action is dismissed without prejudice.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Parties:*

Luis F. Alarcon
Penitentiary of New Mexico, Santa Fe
Santa Fe, New Mexico

      *Plaintiff pro se*